**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-20173-ALTMAN**

**LESLYE SENECHARLES**,

    Plaintiff,

v.

**MIAMI-DADE COUNTY, et al.**,

    Defendants.

_____/

**<u>NOTICE OF ATTORNEY APPEARANCE</u>**

Assistant County Attorney Armando R. Méndez hereby notices his appearance in this matter as counsel on behalf of Miami-Dade County, Sergeant Jesse Valdivia, Deputy Jesus Llanes, Deputy Paul España, and Deputy Bernadia Marc, and requests that he be informed of all future filings in the above-captioned case.

Dated: April 28, 2026        Respectfully Submitted,

                                **GERALDINE BONZON-KEENAN**
                                Miami-Dade County Attorney

        By:    */s/ Armando R. Méndez*
                Armando R. Méndez
                Assistant County Attorney
                Florida Bar No: 1010764
                111 N.W. 1st Street, Suite 2810
                Miami, Florida 33128
                Telephone: (305) 375-5229
                Email: armando.mendez2@miamidade.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on April 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.[1]

By:   */s/ Armando R. Méndez*
Armando R. Méndez
Assistant County Attorney

---

[1] Plaintiff has consented to receiving notice of electronic filings by email [ECF No. 23].