UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami División

**Civil No.: 26-cv-20173-ALTMAN**

LESLYE SENECHARLES,

       Plaintiff,

vs.

MIAMI-DADE COUNTY, et al.

       Defendants.

_____/

### NOTICE OF PERMANENT APPEARANCE

    COMES NOW undersigned counsel Andre A. Rouviere, and files his Notice Of

Permanent Appearance in this cause on behalf of the Defendant BRITTNEY HAYES.

               Respectfully submitted,

               LAW OFFICES OF ANDRE A. ROUVIERE
               4070 Laguna Street
               Coral Gables, Florida 33146
               Tel: (305)774-7000
               Fax:(305)946-6121

               *//ss// Andre Rouviere*
               ANDRE A. ROUVIERE
               Fla. Bar No. 826073

               Attorney for Defendant BRITTNEY HAYES

### CERITFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via ECF/PACER and on pro se Plaintiff LESLYE SENECHARLES 14311 Biscayne Blvd Suite 612194 North Miami, FL 33181 Leslyesenecharles309@gmail.com via email and U.S. mail postage prepaid 1st class on this 30th day of April 2026.

               *//ss// Andre Rouviere*
               ANDRE A. ROUVIERE